HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KEESHIA WRIGHT,<br><br>        Plaintiff,<br><br>        v.<br><br>BNSF RAILWAY COMPANY,<br><br>        Defendant. | No. C07-5032RJB<br><br>ORDER TO AMEND COMPLAINT TO ADD AGREED PARTY<br><br>**NOTE ON MOTION CALENDAR:<br>April 30, 2007** |

    The Court having considered the foregoing Motion to Amend the Complaint to add an additional Defendant and the Defendant BNSF being not opposed to this amendment, the Court hereby ORDERS that Plaintiff should be allowed to amend her Complaint to add the National

/ / /
/ / /

Order to Amend Complaint - Page 1

CASE NO. C07-5032RJB

THORNTON AND MOSTUL, P.L.L.C.
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-0600 / FACSIMILE (206) 621-6443

Railroad Passenger Corporation (AMTRAK) as a Defendant in this lawsuit.

DATED this 30th day of April, 2007.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

THORNTON AND MOSTUL, PLLC

_____/s/_____
Mark C. Mostul, WSBA# 13257
Counsel for Plaintiff

Approved by:

_____/s/_____
Tim D. Wackerbarth, WSBA #13673

Lane Powell, PC

Counsel for Defendant

Order to Amend Complaint - Page 2

CASE NO. C07-5032RJB

THORNTON AND MOSTUL, P.L.L.C.
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-0600 / FACSIMILE (206) 621-6443

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Order to Amend Complaint - Page 3

CASE NO. C07-5032RJB

THORNTON AND MOSTUL, P.L.L.C.
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 621-0600 / FACSIMILE (206) 621-6443